1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814Telephone: (916) 498-5700

5

   Attorney for Defendant
6  DAVID MICHAEL SAWYER

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  NO. CR-S-07-0073 LKK
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
14      v.                        )  STATUS CONFERENCE
                                  )
15 DAVID MICHAEL SAWYER,          )  Date:  June 12, 2007
                                  )  Time:  9:30 a.m.
16              Defendant.        )  Judge: Hon. Lawrence K. Karlton
                                  )
17 _____)

18

19      It is hereby stipulated between the parties, Robin Taylor,

20 Assistant United States Attorney, attorney for plaintiff, and

21 Supervising Assistant Federal Defender, Mary M. French, attorney for

22 defendant, that the Status Conference hearing date of May 22, 2007, is

23 vacated and a new Status Conference hearing date of June 12, 2007, at

24 9:30 a.m. is hereby set.

25      This continuance is requested because counsel for defendant is

26 still in the process of reviewing discovery received to date,

27 requesting and reviewing defendant's medical and other records,

28 conducting interviews, and researching legal issues relevant to this

1 case.

2     It is further stipulated that the period from May 22, 2007,
3 through and including June 12, 2007, should be excluded pursuant to
4 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5 counsel and defense preparation.

6 Dated: May 18, 2007                    Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8

9
                                           /s/ Mary M. French
10                                       MARY M. FRENCH
                                         Supervising Assistant
11                                       Federal Defender
                                         Attorney for Defendant
12                                       DAVID MICHAEL SAYWER

13
   Dated: May 18, 2007                   MCGREGOR W. SCOTT
14                                       United States Attorney

15
                                         /s/  Mary M. French for
16                                            Robin Taylor

17                                       _____
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney
18                                       per telephonic authorization

19

20

21 IT IS SO ORDERED.

22
   Dated: May 21, 2007
23
                                         LAWRENCE K. KARLTON
24                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
25

26

27

28

Stipulation and Order                -2-