1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID MICHAEL SAWYER

7

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,      )  NO. CR-S-07-0073 LKK
13                                )
                   Plaintiff,     )
14                                )     ORDER AFTER HEARING
        v.                        )
15                                )
   DAVID MICHAEL SAWYER,          )
16                                )
                   Defendant.     )
17                                )
   _____ )
18

19      This matter came on for Status Conference on June 12, 2007, in the

20  courtroom of the Honorable Lawrence K. Karlton.  Assistant United

21  States Attorney Robin Taylor appeared on behalf of plaintiff the United

22  States of America.  Supervising Assistant Federal Defender Mary M.

23  French appeared on behalf of defendant DAVID MICHAEL SAWYER.  After

24  hearing from the parties, a further status conference was set for July

25  24, 2007, at 9:30 a.m.

26      Accordingly, the parties agreed to exclude time from calculation

27  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

28  and Local Code T4, for preparation of counsel, from June 12, 2007, up

1  to and including July 24, 2007.

2       Good cause appearing therefor,

3       IT IS ORDERED that a further status conference in this matter will

4  be held on July 24, 2007, at 9:30 a.m.

5       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

6  (iv) and Local Code T4, the period from June 12, 2007, up to and

7  including July 24, 2007, is excluded from the time computations

8  required by the Speedy Trial Act due to ongoing preparation of counsel.

9

Dated:  June 21, 2007

10

11

12                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
13                    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                -2-