```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814Telephone: (916) 498-5700


Attorney for Defendant
DAVID MICHAEL SAWYER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  NO. CR-S-07-0073 LKK
                               )
            Plaintiff,         )
                               )  ORDER AFTER HEARING
      v.                       )
                               )
DAVID MICHAEL SAWYER,          )
                               )
            Defendant.         )
                               )
_____)
```

   This matter came on for Status Conference on July 24, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Laura Ferris (for Robin Taylor) appeared on behalf of plaintiff the United States of America.  Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant DAVID MICHAEL SAWYER.  After hearing from the parties, a further status conference/change of plea hearing was set for July 31, 2007, at 9:30 a.m. in Courtroom 4.

   Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

1  and Local Code T4, for preparation of counsel, from July 24, 2007, up
2  to and including July 31, 2007.
3      Good cause appearing therefor,
4      IT IS ORDERED that a further status conference/change of plea
5  hearing in this matter will be held on July 31, 2007, at 9:30 a.m.
6      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
7  (iv) and Local Code T4, the period from July 24, 2007, up to and
8  including July 31, 2007, is excluded from the time computations
9  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: July 30, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    -2-